UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MATHEW DEPINA
     *Plaintiff,*

VS.                                 CA No.: 1:20-cv-00009-WES-LDA

THE CITY OF PROVIDENCE by and through
Its treasurer, John J. Lombardi III, and;
JOHN DOES 1-10,
     *Defendants*

**DEFENDANT, CITY OF PROVIDENCE'S,**
**MOTION TO COMPEL ANSWERS TO INTERROGATORIES**
**PROPOUNDED TO PLAINTIFF MATHEW DEPINA**

     Now comes the Defendant, City of Providence, and hereby moves this Honorable Court,

pursuant to Rule 37(a) of the Federal Court Rules of Civil Procedure, to compel Plaintiff to

answer interrogatories propounded on or about June 23, 2020.  Defendant asserts that Plaintiff

has not filed any objection to the interrogatories and that Defendant has made multiple good-

faith effort to confer with the Plaintiff's attorney concerning the outstanding discovery.

     Defendant requests a thirty (30) day Order.

                          DEFENDANT,

                          By its Attorney:

                          JEFFREY DANA
                          CITY SOLICITOR

                          /s/Jillian H. Barker
                          Jillian H. Barker (#8353)
                          Associate City Solicitor
                          City of Providence, Department of Law
                          444 Westminster Street, Suite 220
                          Providence, RI 02903
                          (401) 680-5333
                          (401) 680-5520 (Fax)
                          jbarker@providenceri.gov

## **CERTIFICATE OF SERVICE**

     I hereby certify that I caused a true copy of the within document via the electronic filing system on this 25th day of February 2021 on:

Lawrence P. Almagno, Jr.
10 Rangeley Road
Cranston, RI 02920

/s/ Jillian H. Barker