UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MATHEW DEPINA
    *Plaintiff,*

VS.                                      CA No.: 1:20-cv-00009-WES-LDA

THE CITY OF PROVIDENCE by and through
Its treasurer, John J. Lombardi III, and;
JOHN DOES 1-10,
    *Defendants*

## STATUS REPORT

Defendant, City of Providence, files the within status report in response to this Court's request for the same:

1. Parties came to a settlement agreement in January 2022.

2. The City of Providence Committee on Claims and Pending Suits ("claims committee") considered the proposed settlement on February 8, 2022. Said committee voted to approve the proposed settlement.

3. On March 25, 2022, upon receipt of the votes confirming the claims committee's approval to settle the matter, and the requisite authorization from the Mayor's Office, the Defendant sent a release and dismissal stipulation to Plaintiff for execution.

4. To date, the City has not received the signed release back from the Plaintiff.

5. Defendant has made numerous inquiries to Plaintiff as to the status of the release.

6. On April 11, 2022, Counsel for Plaintiff informed the undersigned that he expects to provide the City with the executed release by the end of this week (ending 4/15/2022).

DEFENDANT,
TREASURER
JAMES L. LOMBARDI, III,

By and through his attorney,

JEFF DANA
CITY SOLICITOR

/s/ Jillian H. Barker
Jillian H. Barker (#8353)
Senior Assistant City Solicitor
City of Providence
Department of Law
444 Westminster Street, Suite 220
Providence, RI  02903
(401) 680-5333
(401) 680-5520 (fax)
Jbarker@providenceri.gov

## CERTIFICATION

I hereby certify that on this 11th day of April 2022, I filed this document electronically and that it is available for viewing and downloading from the ECF system.

Lawrence P. Almagno Jr.
10 Rangeley Road
Cranston, RI  02920

/s/Jillian H. Barker