UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF RHODE ISLAND

MATTHEW DEPINA

v.                                                                                          CA NO.:1:20-cv-00009-WES-LDA

THE CITY OF PROVIDENCE by and through
Its treasurer, James J. Lombardi III, and;
JOHN DOES1-10

## **DISMISSAL STIPULATION**

It is hereby agreed by and between the parties:

Plaintiff's complaint against Defendants City of Providence by and through its treasurer, James J. Lombardi III and all claims pending in the above-entitled matter are dismissed with prejudice; with no interest, fees or costs.

| | |
|---|---|
| Counsel for Plaintiff(s) | Counsel for Defendant |
| Matthew Depina | City of Providence by and through its Treasurer James J. Lombardi |
| | |
| */s/Lawrence P. Almagno Jr.* | */s/ Jillian H. Barker* |
| Lawrence P. Almagno Jr., Esq. (#9185) | Jillian H. Barker (#8353) |
| Almagno Law, Inc. | |
| 10 Rangeley Road | Senior Assistant City Solicitor |
| Cranston, RI 02920. | City of Providence Department of Law |
| Tel:(401)946-4529 | 444 Westminster Street, Suite 220 |
| | Providence, RI 02903 |
| | (401) 680-5333 |
| | (401) 680-5520 |

Dated: 5/26/2022